OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs. The Appellate Division correctly determined that, as a matter of law, decedent’s failure to yield the right of way was the sole proximate cause of the accident. Thus, the Court properly granted defendants summary judgment dismissing the complaint
 
 (see Zuckerman v City of New York,
 
 49 NY2d 557, 562 [1980]).
 

 Chief Judge Kaye and Judges Smith, Ciparick, Wesley, Rosenblatt, Graffeo and Read concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.